# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | **MDL No. 2100** |
| LITIGATION | ) | |

**This Document Relates To:**

*Cassey Addair  v. Bayer Corporation, et al.*      No. 11-cv-11951-DRH

*Marci Benigno v. Bayer Corporation, et al.*      No. 11-cv-12697-DRH

*Katie Bohannon v. Bayer Corporation, et al.*      No. 10-cv-10595-DRH

*Anita Ferguson v. Bayer Corporation, et al.*      No. 12-cv-11389-DRH

*Jessica Frix v. Bayer Corporation, et al.*      No. 10-cv-11495-DRH

*Joanne Hart v. Bayer Corporation, et al.*      No. 10-cv-12630-DRH

*Shannon Hatch v. Bayer Corporation, et al.*      No. 12-cv-10178-DRH

*Amy Heidenreich v. Bayer Corporation, et al.*  No. 10-cv-10629-DRH

*Monica Hull v. Bayer Corporation, et al.*      No. 10-cv-13796-DRH

*Julie Johnson v. Bayer Corporation, et al.*      No. 11-cv-12020-DRH

*Robin Jones v. Bayer Corporation, et al.*      No. 11-cv-13006-DRH

*Katherine Lage v. Bayer Corporation, et al.*      No. 12-cv-11659-DRH

*Patricia Lanman v. Bayer Corporation, et al.*  No. 10-cv-10537-DRH

*Kim Meijs v. Bayer Corporation, et al.*      No. 10-cv-12540-DRH

*Sandra Musiak v. Bayer Corporation, et al.*      No. 11-cv-13003-DRH

*Peggy O'Donnell v. Bayer Corporation, et al.*  No. 10-cv-12624-DRH

*Jenna Saylor v. Bayer Corporation, et al.*      No. 10-cv-12536-DRH

*Clare Tenpenny v. Bayer Corporation, et al.*   No. 10-cv-12535-DRH

*Kim Worrell v. Bayer Corporation, et al.*   No. 11-cv-12696-DRH


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 7, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**

                    BY: __/s/*Caitlin Fischer*__
                        **Deputy Clerk**

**Dated:** May 8, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.08
14:41:55 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**